IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

FILED BY Cg D.C.
05 JUL 29 PM 3:49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

ANIKA S. GRAHAM,

   Plaintiff,

v.

NO: 04-2025 ~~DV~~ ✓

ROZELLE BLANCHARD, individually,
The CITY OF MEMPHIS and MEMPHIS
CITY SCHOOLS,

   Defendant,

## ORDER OF DISMISSAL WITH PREJUDICE

Upon Stipulation of Dismissal submitted by the parties, pursuant to FRCP 41(a), it is hereby,

ORDERED, that the complaint filed by the Plaintiff in this matter is dismissed with prejudice.

_____
~~Hon. Bernice B. Donald~~
United States ~~District Court~~ Judge
Magistrate

July 29, 2005
Date

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-1-05

13

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CV-02025 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Prince C. Chambliss
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Mendy M. Katzman
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Honorable Diane Vescovo
US DISTRICT COURT